Exhibit 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-339-012

**Effective Date of Registration:**
January 26, 2023
**Registration Decision Date:**
March 20, 2023

---

## Title

**Title of Work:** Bloodblade

## Completion/Publication

**Year of Completion:** 2016
**Date of 1st Publication:** December 31, 2016
**Nation of 1st Publication:** United States

## Author

- **Author:** Ruth Ann Thompson
  **Author Created:** 2-D artwork
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Ruth Ann Thompson
129 Vienna Avenue, Niles, OH, 44446, United States

## Rights and Permissions

**Organization Name:** Tate & Co Licensing
**Name:** Joseph Tate
**Email:** info@tatelicensing.com
**Telephone:** (732)395-7696

## Certification

**Name:** David Denholm
**Date:** January 26, 2023
**Applicant's Tracking Number:** RT2023012611

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-338-156

**Effective Date of Registration:**
January 26, 2023
**Registration Decision Date:**
March 13, 2023

---

## Title

**Title of Work:** Bloodlust

## Completion/Publication

**Year of Completion:** 2005
**Date of 1st Publication:** December 31, 2005
**Nation of 1st Publication:** United States

## Author

- **Author:** Ruth Ann Thompson
  **Author Created:** 2-D artwork
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Ruth Ann Thompson
129 Vienna Avenue, Niles, OH, 44446, United States

## Rights and Permissions

**Organization Name:** Tate & Co Licensing
**Name:** Joseph Tate
**Email:** info@tatelicensing.com
**Telephone:** (732)395-7696

## Certification

**Name:** David Denholm
**Date:** January 26, 2023
**Applicant's Tracking Number:** RT2023012601

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-338-143

**Effective Date of Registration:**
January 26, 2023
**Registration Decision Date:**
March 13, 2023

---

## Title

**Title of Work:** Flameblade

## Completion/Publication

**Year of Completion:** 2015
**Date of 1st Publication:** December 31, 2015
**Nation of 1st Publication:** United States

## Author

- **Author:** Ruth Ann Thompson
  **Author Created:** 2-D artwork
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Ruth Ann Thompson
129 Vienna Avenue, Niles, OH, 44446, United States

## Rights and Permissions

**Organization Name:** Tate & Co Licensing
**Name:** Joseph Tate
**Email:** info@tatelicensing.com
**Telephone:** (732)395-7696

## Certification

**Name:** David Denholm
**Date:** January 26, 2023
**Applicant's Tracking Number:** RT2023012602



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-338-346

**Effective Date of Registration:**
January 26, 2023
**Registration Decision Date:**
March 14, 2023

---

## Title

**Title of Work:** Lionblade

## Completion/Publication

**Year of Completion:** 2019
**Date of 1st Publication:** December 31, 2019
**Nation of 1st Publication:** United States

## Author

- **Author:** Ruth Ann Thompson
  **Author Created:** 2-D artwork
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Ruth Ann Thompson
129 Vienna Avenue, Niles, OH, 44446, United States

## Rights and Permissions

**Organization Name:** Tate & Co Licensing
**Name:** Joseph Tate
**Email:** info@tatelicensing.com
**Telephone:** (732)395-7696

## Certification

**Name:** David Denholm
**Date:** January 26, 2023
**Applicant's Tracking Number:** RT2023012603

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-338-347

**Effective Date of Registration:**
January 26, 2023
**Registration Decision Date:**
March 14, 2023

---

## Title

**Title of Work:** Netherblade

## Completion/Publication

**Year of Completion:** 2016
**Date of 1st Publication:** December 31, 2016
**Nation of 1st Publication:** United States

## Author

- **Author:** Ruth Ann Thompson
  **Author Created:** 2-D artwork
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Ruth Ann Thompson
129 Vienna Avenue, Niles, OH, 44446, United States

## Rights and Permissions

**Organization Name:** Tate & Co Licensing
**Name:** Joseph Tate
**Email:** info@tatelicensing.com
**Telephone:** (732)395-7696

## Certification

**Name:** David Denholm
**Date:** January 26, 2023
**Applicant's Tracking Number:** RT2023012604

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-338-348

**Effective Date of Registration:**
January 26, 2023
**Registration Decision Date:**
March 14, 2023

---

## Title

**Title of Work:** Omen

## Completion/Publication

**Year of Completion:** 2012
**Date of 1st Publication:** December 31, 2012
**Nation of 1ˢᵗ Publication:** United States

## Author

- **Author:** Ruth Ann Thompson
  **Author Created:** 2-D artwork
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Ruth Ann Thompson
129 Vienna Avenue, Niles, OH, 44446, United States

## Rights and Permissions

**Organization Name:** Tate & Co Licensing
**Name:** Joseph Tate
**Email:** info@tatelicensing.com
**Telephone:** (732)395-7696

## Certification

**Name:** David Denholm
**Date:** January 26, 2023
**Applicant's Tracking Number:** RT2023012605



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-338-352

**Effective Date of Registration:**
January 26, 2023
**Registration Decision Date:**
March 14, 2023

---

## Title

| | |
|---|---|
| **Title of Work:** | Relic |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2012 |
| **Date of 1st Publication:** | December 31, 2012 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | Ruth Ann Thompson |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Ruth Ann Thompson |
| | 129 Vienna Avenue, Niles, OH, 44446, United States |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | Tate & Co Licensing |
| **Name:** | Joseph Tate |
| **Email:** | info@tatelicensing.com |
| **Telephone:** | (732)395-7696 |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |
| **Date:** | January 26, 2023 |
| **Applicant's Tracking Number:** | RT2023012606 |



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-338-356

**Effective Date of Registration:**
January 26, 2023
**Registration Decision Date:**
March 14, 2023

---

## Title

**Title of Work:** Seablade

## Completion/Publication

**Year of Completion:** 2015
**Date of 1st Publication:** December 31, 2015
**Nation of 1st Publication:** United States

## Author

- **Author:** Ruth Ann Thompson
**Author Created:** 2-D artwork
**Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Ruth Ann Thompson
129 Vienna Avenue, Niles, OH, 44446, United States

## Rights and Permissions

**Organization Name:** Tate & Co Licensing
**Name:** Joseph Tate
**Email:** info@tatelicensing.com
**Telephone:** (732)395-7696

## Certification

**Name:** David Denholm
**Date:** January 26, 2023
**Applicant's Tracking Number:** RT2023012607



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-338-357

**Effective Date of Registration:**
January 26, 2023
**Registration Decision Date:**
March 14, 2023

---

## Title
_____

**Title of Work:** Stormblade

## Completion/Publication
_____

**Year of Completion:** 2015
**Date of 1st Publication:** December 31, 2015
**Nation of 1st Publication:** United States

## Author
_____

- **Author:** Ruth Ann Thompson
  **Author Created:** 2-D artwork
  **Citizen of:** United States

## Copyright Claimant
_____

**Copyright Claimant:** Ruth Ann Thompson
129 Vienna Avenue, Niles, OH, 44446, United States

## Rights and Permissions
_____

**Organization Name:** Tate & Co Licensing
**Name:** Joseph Tate
**Email:** info@tatelicensing.com
**Telephone:** (732)395-7696

## Certification
_____

**Name:** David Denholm
**Date:** January 26, 2023
**Applicant's Tracking Number:** RT2023012608

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-338-359

**Effective Date of Registration:**
January 26, 2023
**Registration Decision Date:**
March 14, 2023

---

## Title

**Title of Work:** Talisman

## Completion/Publication

**Year of Completion:** 2012
**Date of 1st Publication:** December 31, 2012
**Nation of 1st Publication:** United States

## Author

- **Author:** Ruth Ann Thompson
  **Author Created:** 2-D artwork
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Ruth Ann Thompson
129 Vienna Avenue, Niles, OH, 44446, United States

## Rights and Permissions

**Organization Name:** Tate & Co Licensing
**Name:** Joseph Tate
**Email:** info@tatelicensing.com
**Telephone:** (732)395-7696

## Certification

**Name:** David Denholm
**Date:** January 26, 2023
**Applicant's Tracking Number:** RT2023012609



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

**VA 2-338-146**

**Effective Date of Registration:**
January 26, 2023
**Registration Decision Date:**
March 13, 2023

---

## Title

**Title of Work:** The Druid

## Completion/Publication

**Year of Completion:** 1999
**Date of 1st Publication:** December 31, 1999
**Nation of 1st Publication:** United States

## Author

- **Author:** Ruth Ann Thompson
  **Author Created:** 2-D artwork
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Ruth Ann Thompson
129 Vienna Avenue, Niles, OH, 44446, United States

## Rights and Permissions

**Organization Name:** Tate & Co Licensing
**Name:** Joseph Tate
**Email:** info@tatelicensing.com
**Telephone:** (732)395-7696

## Certification

**Name:** David Denholm
**Date:** January 26, 2023
**Applicant's Tracking Number:** RT2023012610

Page 1 of 2

